

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Jamie Lee Bledsoe

No. 06-22-00102-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED AUGUST 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk